1   Corey E. Taylor (Bar No. 178501)
LAW OFFICE OF COREY E. TAYLOR, APC
2   629 Camino de los Mares, Suite 305
San Clemente, CA 92673
3   Tel. (949) 429-3481
Fax. (949) 271-2704
4   E-Mail: corey@taylorlawoc.com

5

Attorneys for Claimant Stage Point Fund, LLC
6

7

8                 **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10

11   In Re:                              Case Nos. 8:21-BK-12231-TA

12                                       Jointly administered with Case Nos.
ELITE AEROSPACE GROUP, INC., a          8:21-BK-12417-TA
13   Delaware corporation                8:21-BK-12418-TA
                                         8:21-BK-12419-TA
14   and related parties,                8:21-BK-12420-TA

15          Debtors.                     Chapter 7 Proceedings

16                                       **NOTICE OF SECURED INTEREST**

17

18

19

20

21

22

23

24

25

26

27

28

_Law Office of Corey E. Taylor, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673_

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF COREY E. TAYLOR, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673

TO THE HONORABLE COURT, OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, in response to the Notice of Motion and Hearing on Motion for Authorization to Sell Personal Property Consisting of Furniture, Equipment, and Related Items, creditor Stage Point Fund, LLC claims a secured interest in the proceeds from the sale of debtor's property as set forth on the Proof of Claim attached hereto as Exhibit "A."

DATED:  June 28, 2022

Respectfully submitted,

LAW OFFICE OF COREY E. TAYLOR, APC

By:

Corey E. Taylor, Esq.
Attorneys for creditor Stage Point Fund, LLC

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **ELITE AEROSPACE GROUP, INC., a Delaware corporatio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | **8:21-bk-12231-TA** |

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Stage Point Fund, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>c/o Corey E. Taylor APC<br>Name<br><br>629 Camino de los Mares, Ste. 305<br>Number     Street<br><br>San Clemente        CA        92673<br>City                State        ZIP Code<br><br>Contact phone  949-429-3485<br><br>Contact email  corey@taylorlawoc.com | **Where should payments to the creditor be sent?** (if different)<br><br>attn:  Whitney S. Quillen, CEO<br>Name<br><br>2 Booth Ln. #4<br>Number     Street<br><br>Haverford        PA        19041<br>City                State        ZIP Code<br><br>Contact phone  203-493-1822<br><br>Contact email  Whitney@StagePointCapital.com |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| | | | |
|---|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known) _____ | Filed on _____<br>MM  / DD  / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.   Who made the earlier filing? _____ | |

---

Official Form 410                    **Proof of Claim**                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

**7. How much is the claim?**    $_____1,076,007.50. **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Breach of Promissory Note

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    Debtor falsely claimed that it would secure the loan

**Basis for perfection:**    Creditor filed financing statements

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $    1,723,458.00

**Amount of the claim that is secured:**    $    1,076,007.50

**Amount of the claim that is unsecured:**    $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $    1,076,007.50

**Annual Interest Rate** (when case was filed) 17.00 %

☑ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410                    **Proof of Claim**                    page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/11/2021
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | **Corey E. Taylor** |
| | First name          Middle name          Last name |
| Title | **Attorney for creditor** |
| Company | **Corey E Taylor, APC** |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | **629 Camino de los Mares, Suite 305** |
| | Number          Street |
| | **San Clemente**                    **CA**          **92673** |
| | City                                State          ZIP Code |
| Contact phone | **949-429-3481**          Email **corey@taylorlawoc.com** |

# EXHIBIT "A"

# SECURED PROMISSORY NOTE
# & LOAN AGREEMENT
# Elite Aerospace Group Inc.

### December 15, 2020

This term sheet (this "Agreement" or this "Term Sheet") is intended to set forth the general terms pursuant to which Stage Point Fund, LLC (the "Lender", "Investor", or "SPF") agrees to loan the principal sum of Nine Hundred & Ninety Thousand Dollars and No Cents ($990,000.00, the "Loan") to Elite Aerospace Group Inc., a Delaware corporation (the "Company") as further reflected in that separate promissory note (the "Note") issued by the Company. Where the provisions of this Agreement and the Note are in contradiction, the provisions of the Note prevail. The terms of this Agreement will survive the Company's execution and even the satisfaction of the Note.

| | |
|---|---|
| Issuer: | Elite Aerospace Group Inc. |
| Investor: | Stage Point Fund, LLC |
| Type of Security: | Secured Note |
| Interest Rate: | The Note shall bear interest on the outstanding balance due at a rate equal to 13% per annum. |
| Note Term: | All principal, together with accrued and unpaid interest under the Note is due and payable within 12 months after the issuance of the Note (the "Maturity Date"). |
| Loan Amount: | $990,000.00 |
| Origination Fee: | 5% fee to the Lender, to be netted from the initial cash disbursement. |
| Payment Terms: | EAG is required to make interest-only payments on a monthly basis, corresponding to the principal amount of loan balance outstanding at the time of each payment. The first payment will be due on January 1, 2021 on a pro-rata basis and the last payment and any outstanding principal will be due on December 1, 2021. For sake of clarity, assuming an outstanding principal balance of $990,000.00, the amount of monthly interest due will be $10,725.00. The Company will be afforded a five (5) day grace period for each month's payment. |

| | |
|---|---|
| Equity Contribution: | EAG, as additional inducement to lender to enter into this Agreement will issue to Lender, at no additional cost to Lender or credit to the Company, equity of 5% of EAG's issued and outstanding stock, or 26,260,966 shares in Common Stock upon delivery by the Lender of the Loan proceeds, which share transfer is reflected in a share transfer agreement (to be provided within five [5] days after closing). |
| Conversion Rights: | The Investor shall have the right, at its sole discretion, to convert the Note to Company Common Shares, at any time. The initial conversion ratio shall be at a 10% discount from the most recent equity valuation, subject to adjustment in the event of a reorganization of Company's share capital and broad-based weighted average anti-dilution protection. |
| Security Interest: | The Note will be secured by a first lien on those certain assets designated in the list attached as Appendix B (the "EAG Asset List for SPF"). Additionally, SPF will have a second lien on all assets encumbered by lenders as of the date hereof, and a first lien on cash and receivables not pledged under existing factoring or A/R lending agreements. |
| Pre-emptive Rights: | Investor shall have a pro rata right, based on percentage equity ownership in the Company to participate in subsequent issuances of equitable securities of the Company. |
| Prepayment: | The Company shall have the right to request prepayment of this loan in partial or full, including principal and all accrued interest to the date of prepayment, at the discretion of the Lender, without penalty prior to the Maturity Date provided, however, that such prepayments are in installments equal to or greater than $50,000.00. |
| Use of Loan Proceeds: | The Company represents that it will immediately use the net proceeds of the Note by making payment to the following third-party creditors to satisfy Company obligations both pending and in arrears: |

- SPF Origination Fee: $49,500
- Legal Fee: $7,500
- Payroll: $475,000
- Employee Health and Other Insurance and workers Compensation: $245,500
- Leasehold/rental arrears: $77,000
- Third party lender payoffs: $100,000 (see Appendix B)
- Working capital: $35,500

| | |
|---|---|
| Events of Default: | The entire balance under the Note shall become due and payable upon the occurrence of any of the following (each, an "Event of Default") it being acknowledged that TIME IS OF THE ESSENCE in all regards, allowing only the Company an opportunity to cure if explicitly granted in this Agreement: (a) the Company fails to make the payment under the Note when due; (b) a receiver is appointed for any material part of the Company's property, the Company makes a general assignment for the benefit of creditors, or the Company becomes a debtor or alleged debtor in a case under the U.S. Bankruptcy Code or becomes the subject of any other bankruptcy or similar proceeding for the general adjustment of its debts or for its liquidation; (c) the Company breaches any of its material obligations under the Note or any other financing document and does not cure such breach within ten (10) days after written notice thereof to the Company; (d) the value of the pledged equipment, as listed on Appendix B, by virtue of any asset disposition, or re-appraisal is less than $1.25M, (e) the occurrence of a material exception in any audit of the Company or any affiliate of such parties which may have a material adverse effect on the Lender, in the reasonable opinion of the Lender, (f) any default in the payment of interest or principal when due and payable under the Note (excepting only a five day grace period for payment of the monthly interest due hereunder); (g) the Company fails to observe or perform in any material respect any covenant or agreement or any representation or warranty of the Company is incorrect; and, in each case, such failure or breach materially and adversely affects the interest of the Lender; (h) if the Company fails to deliver the requisite weekly P&L/cashflow, or monthly financial report, and such failure continues unremedied until the second business day following the date such report was required to be so delivered; (i) any member of management of the Company declares personal bankruptcy or defaults on any obligation which causes an action by a state or federal tax or law enforcement authority against said individual; (j) commission of a felony or act of moral turpitude by a member of management; (k) the Company incurring additional debt without the permission of SPF, and (li) the Company's Board of Directors of shareholders adopt a resolution for the liquidation, dissolution or winding up of the Company. |
| Conditions to Advance: | |
| | Any advance by the Lender will be subject to conditions including, among others, that (i) advances may not occur more than [once per week] prior to the facility termination date; (ii) the Lender shall have received notice from the |

Company at least [three] business days prior to the requested advance date; (iii) no Facility Termination Event or Event of Default has occurred or will occur as a result of such Advance; (iv) representations and warranties made by the Company on the Closing Date are true and correct as of such date; (v) the Lender shall have received the related pledged asset information for each Eligible Asset to be funded on such date and UCC filings and liens placed thereon, (vi), a member of Akkadian Investment Management has visited at least one of the Company's production facilities in Orange County, CA, (vii) documents and financial information, as provided in Appendix A are provided to SPF, or uploaded into a data room for SPF's review and acknowledgement, (viii) passing of background checks of four members of management by SPF; (ix) no realized defaults under any existing lending, lease, or production agreements by the Company; (x) completion of due diligence to the satisfaction of SPF, (xi) approval of this agreement by SPF and AIM, and (xii) file any liens or UCC filings, as required by SPF.

**Accredited Investor:**

Investor shall be qualified by the Company as an accredited investor.

**Counsel and Expenses:**

The Company will pay Lender a flat fee of $7,500.00 to cover all legal and administrative costs associated with this Loan, granting of stock, and any debt conversion upon Closing as noted in the Sources and Uses section above, or at the time of transfer.

**Financial Visibility and Information Rights:**

Investor, assuming neither it nor its principals are not involved in a competitor of the Company, will be granted access to the Company's facilities and personnel during normal business hours and with reasonable advanced notification. Furthermore, in the spirit of financial stewardship and transparency, the Company will deliver to the Investor annual audited financial statements (when completed, but in no event later than 90 days from the end of the accounting period for which the financial statement(s) apply) beginning with 2020 accounting period ending Dec. 31, 2020, a comprehensive operating budget forecasting the Company's revenues, expenses, operation reports and cash position on a month-to-month basis for the upcoming fiscal year, as well as profit and loss statements and balance sheets going forward on a quarterly basis.

**Voting Rights:**

On all matters submitted for shareholder approval, Investor shall be entitled to vote for each share of Common Stock Investor owns.

**Bylaws:**

|  | Such Common shares that Investor receives shall be subject to the terms and conditions of the Company's Bylaws, Shareholder Agreement and Certificate of Incorporation, which will contain among other things, appropriate representations and warranties of the Company. |
|---|---|
| Confidentiality: | This Loan Agreement and all related discussions and correspondence are to be held in strict confidence, and no prospective Investor may, without the Company's prior written consent, disclose any terms of the transaction contemplated hereby except to its legal, financial, tax advisors and then only to the extent reasonably necessary for such persons to render advice in connection with such proposed transaction. This obligation of confidentiality shall be binding upon the parties regardless of whether the proposed transaction is consummated and shall survive indefinitely following the cessation of discussions between the Company and any prospective Investor. |
| Information: | In issuing this Loan Agreement, the Investor is relying on the accuracy of the information furnished by or on behalf of the Company, without independent verification thereof. |
| Indemnification: | The Investor and the Company agree to mutually indemnify and hold harmless each other, their affiliates and their respective officers, directors, employees, agents, advisors, attorneys and representatives (each, an "Indemnified Party") from and against any and all claims, damages, losses, liabilities and expenses (including, without limitation, fees and disbursements of counsel), that may be incurred by or asserted or awarded against any Indemnified Party, in each case arising out of the breach of the parties' respective obligations arising or in connection with or relating to both this Agreement and the Note, except to the extent such claim, damage, loss, liability, or expense is found in a final non-appealable judgment by a court of competent jurisdiction to have resulted from such Indemnified Party's gross negligence or willful misconduct. |
| Waiver of Jury Trial: | Each party hereto irrevocably waives all right to trial by jury in any action, proceeding or counterclaim (whether based on contract, tort or otherwise) arising out of or relating to this Term Sheet or the transactions contemplated herein or the actions of either party or any of their respective affiliates in the negotiation, performance, or enforcement of this Agreement. |
| Governing Law: | This letter will be governed by New York law. |

The parties to this Secured Convertible Promissory Note and Loan Agreement acknowledge their agreement to the terms and conditions contained herein by signing below:


Elite Aerospace Group, Inc.                     Stage Point Fund, LLC




*Zeeshawn Zia*                                  *[signature]*

Name: Zeeshawn Zia                              by: Whitney Quillen
Title: President & Co-Founder                   Title: CEO
zzia@eliteaerospacecorp.com




*[signature]*

Name: Shane Cormier
Title: CFO
scormier@eliteaerospacecorp.com


*Bhupinder K. Sawhney*

Name: Bhupinder K. Sawhney
Title:  COO
bsawhney@eliteaerospacecorp.com


*[signature]*

Name: Dustin Tillman
Title:  Principal
dtillman@eliteaerospacecorp.com

**Appendix A: Required financial and other data required of the Company for SPF**

- Background Checks on the four members of management
- Pledged Asset list
- Company Liability Schedule
- Burn/Run Rate report (including a fixed cost assessment)
- Consolidated A/R aged receivables
- Audited financials for 2019 and 2020 (when available) and financials for 3 years
- Elite-ConsolidatedQtrlyFinancialStatements-093020 V01. which contains EAG's unaudited 3rd Party Compiled Financial Statements (from Eventus Advisory Group) from 2018 year-end, through Q3 of 2020.
- Company Bylaws
- Operating agreement (EAG's General Counsel is developing EAG's Operating Agreements as a part of EAG's Corporate Governance Clean Up Project).
- EAG Shareholder Agreement
- Articles of incorporation for the parent company EAG and EAG's operating entities: EMM and EES.
- Tax IDs
- Certificate of good standing
- Copies of UCC and lien filings for encumbered assets
- Updated Asset Collateral Schedule with the corresponding serial numbers.
- Other information as requested from time to time by SPF

Information is to be uploaded to the drop box ("Elite Aerospace Group – Bridge Loan Data room for Stage Point Fund") and will be updated periodically

## Appendix B: List of Pledged First Lien Assets and Second Lien Assets

## Pledged First Lien Assets

| Updated Unencumbered Equipment List | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | Tool Crib Inventory | Irvine - Various Tools | N/A | N/A | N/A | $ 500,000.00 | Irvine |
| 70 | Tool Crib Inventory | Tustin - Various Tools | Various | N/A | N/A | $ 250,000.00 | Tustin |
| 100 | Alliance | Technigrip Vises | MCU01-A424 | N/A | 2019 | $ 55,000.00 | Tustin |
| 63 | Hexagon | CMM Global Perform | SF9.15.08 EAP-002 | 0315-6213 | 2015 | $ 50,000.00 | Tustin |
| 28 | Nikken | 2 Axis Tilt Rotary | Rotary Fixture | 2283 | 2019 | $ 40,000.00 | Irvine |
| 43 | Brown & Sharpe | CMM | Global 09.15.08 | 0106-6203 | 2006 | $ 40,000.00 | Irvine |
| 64 | Hexagon | "Shop Floor" | SF7.10.7 EAP-001 | 0215-8112 UA | | $ 40,000.00 | Tustin |
| 99 | Tombstone City | Sq, Octo, Cirs Tombstones | 10-BPXX-500500-0750 | N/A | N/A | $ 40,000.00 | Tustin |
| 24 | Nikken | 2 Axis Tilt Rotary | SAX-200 II | 2112 | 2011 | $ 35,000.00 | Irvine |
| 66 | Hexagon Romer | Portable CMM Arm | RA7520 SE1 | 7520 SE1-5960-UC | 2016 | $ 30,000.00 | Tustin |
| 47 | Zoller | Tool Presetter | Smile 400 / Pilot | SMU442C2-0006 | 2016 | $ 25,000.00 | Irvine |
| 65 | Hexagon Romer | Portable CMM Arm | RA7320-4 | 7320-5176-UC | 2015 | $ 25,000.00 | Tustin |
| 69 | Omega | Tool presetter | 1550 | P0004610-0418 | | $ 20,000.00 | Tustin |
| 44 | Hexagon Romer | Portable CMM Arm | RA7512-4 | 7512-3236-UC | 2014 | $ 17,000.00 | Tustin |
| 101 | 5th Axis | Tombstone Vises | Various Parts | N/A | 2019 | $ 15,000.00 | Tustin |
| 105 | Pro Ultrasonics | Parts Cleaning Tank | PRO 2013DT3 | Unknown | 2017 | $ 15,000.00 | Tustin |
| 84 | Ford | Ford Transit Van | Transit Van | NM0LS7DN4BT044488 | 2015 | $ 10,000.00 | Tustin |
| 42 | Brown & Sharpe | Table Top CMM | Gage 2000 | 0498-1747 | 1998 | $ 8,000.00 | Tustin |
| 82 | Gardner | Rotary Air Compressor | L55 RS10A | S472178 | 2015 | $ 7,000.00 | Tustin |
| 82B | Gardner | Rotary Air Compressor | L55 RS10A | S477536 | 2015 | $ 7,000.00 | Tustin |
| 15 | ATS | Bar Feeder | ML-580 | 20150302 | 2015 | $ 6,000.00 | Irvine |
| 20 | Mori Seiki | Rotary Indexer | DDRT-200 | RT2001 G1157F | 2014 | $ 6,000.00 | Irvine |
| 11 | Mitutoyo | Optical Comparator | PHA14 | 116411504 | 2016 | $ 5,000.00 | Tustin |
| 22 | Nikken | Rotary | | | 2013 | $ 5,000.00 | Irvine |
| 34 | LeBlond | Engine Lathe (manual) | N/A | 11C-827 | 1970's | $ 5,000.00 | Irvine |
| 36 | Bridgeport | 2 axis CNC Knee Mill | Series 1 | BR259767 | 1992 | $ 5,000.00 | Irvine |
| 46 | QA Inspection Items | Various Tools | Various Parts | Various Parts | N/A | $ 5,000.00 | Irvine |
| 49 | Compair | Air Compressor | L11 | D136422 | 2015 | $ 5,000.00 | Irvine |
| 50 | Compair | Air Compressor | L11 | D136423 | 2015 | $ 5,000.00 | Irvine |
| 53 | Hyster | Propane Forklift | S50XL | C187V123615 | 2005 | $ 5,000.00 | Irvine |
| 54 | Minimag | Floor Scrubber | 26D | 84674 | 2015 | $ 4,900.00 | Irvine |
| 71 | Assembly Equip. | Various Tools | Various | N/A | N/A | $ 4,000.00 | Tustin |
| 103 | Rosler | Vibrating Tumbler | R220EC / R150 AB P-3 | 67004 / 69266 | | $ 4,000.00 | Tustin |
| 35 | Hardinge | Chucker Lathe | HC-5C | HC-8606T | 1990 | $ 3,500.00 | Irvine |
| 52 | Eriez | 50 Gal Sump Cleaner | Hydroflow | | 2014 | $ 3,000.00 | Tustin |
| 68 | QA Inspection Items | Various Tools | Various | Various | | $ 3,000.00 | Tustin |
| 102 | Giant | Vibrating Tumbler | W-5C | 2841 | | $ 3,000.00 | Irvine |
| 78 | Grob | Vertical Band saw | 4V-24 | 2666 | 1987 | $ 2,950.00 | Tustin |
| 31 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Irvine |
| 33 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Irvine |
| 60 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Tustin |
| 83 | Beko | Refrig. Air Dryer | RA-DP-RAX-800-NA-RB | 150008475/15 | 2015 | $ 2,500.00 | Tustin |
| 85 | Factory Cat | Mini Mag Floor Scrubber | 2023 | 44657 | 2006 | $ 2,500.00 | Tustin |
| 41 | Grob | Vertical Bandsaw | 4V-24 | 1173 | 1976 | $ 2,100.00 | Irvine |
| 37 | Boyar - Schultz | Surface Grinder | 612 | N/A | | $ 2,000.00 | Irvine |
| 51 | Hydrovane | Air Compressor Dryer | HV04 | V04-002196-1301 | N/A | $ 1,500.00 | Irvine |
| 45 | Trimos | Digital Height Gauge | V-600+ | 6588 | | $ 1,200.00 | Irvine |
| 67 | Trimos | Digital Height Gauge | V300+ | 3885 | N/A | $ 1,000.00 | Tustin |
| 77 | Tennsmith | Foot Shear | T5216 | 18672 | N/A | $ 1,000.00 | Tustin |
| 81 | Pro-Ultrasonic | Cleaning machine | | | 2014 | $ 1,000.00 | Tustin |
| 72 | Palmgren | Benchtop Drill Press | Benchtop Drill Press | N/A | N/A | $ 700.00 | Tustin |
| 39 | Palmgren | 17" Drill Press | 80174 | N/A | 2015 | $ 600.00 | Irvine |
| 79 | Various | Pedastal Buffer/Grinder | Various | Various | N/A | $ 500.00 | Tustin |
| 40 | Burr King | Belt Sander | 482 | N/A | N/A | $ 400.00 | Irvine |
| 73 | Heatherm | Laboratory Oven | OGS810 | 42068232 | 2016 | $ 400.00 | Tustin |
| 75 | Palmgren | Vertical 1 HP Bandsaw | 9680150 | 17011003 | 2016 | $ 300.00 | Tustin |
| 104 | Green Eco | Oil Skimmer | Ultra 360 | GEP162772USA | | $ 300.00 | Irvine |
| 38 | Dake Johnson | Horizontal Bandsaw | JH-10 | N/A | | $ 250.00 | Irvine |
| 74 | Strongway | 20 Ton Press | JN/A | | | $ 250.00 | Tustin |
| 76 | Ohio Forge | Drill Press | N/A | N/A | 2016 | $ 150.00 | Tustin |
| 80 | Baldor | Belt Grinder | | Unknown | | $ 150.00 | Tustin |
| | | | | | | | |
| DMG | DMU 50 2017 | 11415599334 | Irvine | Manufacturers Financing | 2.01E+09 | $220,000 | Tustin |
| DMG | Doosan DNM 5700 | MV0091-000430 | Tustin | XMI Financial | EAP027 | $80,000 | Tustin |

| ELITE AEROSPACE GROUP VALUE PAGE AS OF OCTOBER 2, 2020 FOR RAW MATERIALS & OCTOBER 28, 2020 FOR FINISHED GOODS 60 DAY LIQUIDATION PERIOD | | | | | | |
|---|---|---|---|---|---|---|
| Category | Submitted Cost | Ineligible Cost | Eligible Cost | OLV $ | % of Submitted Cost | % of Eligible Cost |
| Raw Materials | $342,057 | $34,206 | $307,851 | $184,711 | 54% | 60% |
| Finished Goods | | | | | | |
|    Hardware & Consumables | 569,117 | 56,912 | 512,205 | 112,685 | 20% | 22% |
|    Customer Orders - Matched | 150,229 | 0 | 150,229 | 183,736 | 122% | 122% |
|    Parts - Identified with Contract (including safety stock) | 213,084 | 19,404 | 193,680 | 188,232 | 88% | 97% |
|    Other - Mfg. Hardware; Frequently Purchased | 18,848 | 1,897 | 16,951 | 6,933 | 37% | 41% |
| Total Finished Goods | 951,278 | 78,213 | 873,065 | 491,586 | 52% | 56% |
| **TOTAL** | **$1,293,334** | **$112,418** | **$1,180,916** | **$676,296** | **52%** | **57%** |

**Summary of equipment value at close**

| Summary: | | |
|---|---|---|
| | | |
| Payoff: | | |
| Payoff Machine #1 | $ | 60,000 |
| Payoff Inventory | $ | 100,000 |
| **Total** | **$** | **160,000** |
| | | |
| Value: | | |
| Unencumbered Equipment | $ | 833,000 |
| Inventory Blanket | $ | 590,458 |
| Newly Paid off CNCs | $ | 300,000 |
| **Total** | **$** | **1,723,458** |

A payoff of inventory and two major CNC machines, highlighted (in orange) above, will occur before 12/24/2020.  Those assets/receivables will then be pledged to SPF

### **EAG Complete Equipment List As of October, 2020**

SPF will have a second lien against all other equipment and receivables that are not pledged as First Lien assets.  Cash and A/R not otherwise currently loaned against, will be pledged to SPF on a first lien basis. Below is EAG full equipment list as of October 2020.

| Make | Description | Model | S/N | Mfg Yr | Current Value | Location |
|---|---|---|---|---|---|---|
| Tsugami | Swiss Turn Lathe | BO20B-II | 201Z | 2013 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-II | 209B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-II | ZZ138B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-II | ZZ140B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | 320B | 313B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-II | ZZ228B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO32B-II | 209B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-III | 2131B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-III | 2549B | 2015 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO20B-III | 2594B | 2015 | See appraisal 10.4.19 | Irvine |
| Mitutoyo | Optical Comparator | PH314 | 118411504 | 2018 | $5,000.00 | Irvine |
| Puma | CNC 3 Axis Lathe | 230B | PM323527S | 2002 | $25,000.00 | Irvine |
| Puma | CNC 3 Axis Lathe | 200C | PM320052P | 1995 | $15,000.00 | Irvine |
| DMG Mori | CNC Mill Turn | NLX 2500S/700 | NL28150319 (appr. -7) | 2015 | $125,000.00 | Irvine |
| ATS | Bar Feeder | NL-520 | 20150902 | 2015 | $6,000.00 | Irvine |
| Sodick | EDM Wire Feed | LN2W | T0249 | 2014 | $80,000.00 | Irvine |
| Sodick | EDM Sinker | AM3L | 0235 | 2006 | $22,000.00 | Irvine |
| DMG Mori | 5 axis Mill | DMU 70 2015 | 15435735954 | 2015 | See appraisal 10.4.19 | Irvine |
| DMG Mori | Vertical Mill | DuraVertical 5100 | DV005140913 | 2014 | $90,000.00 | Irvine |
| Mori Seiki | Rotary Indexer | DCMT-200 | AZ200101137 | 2014 | $5,000.00 | Irvine |
| DMG Mori | Vertical Mill (4½) | DuraVertical 5100 | DV005130135 | 2013 | $75,000.00 | Irvine |
|  | Rotary |  |  | 2015 | $5,000.00 | Irvine |
| DMG Mori | Vertical Mill (4½) | DuraVertical 5100 | DV005111335 | 2011 | $85,000.00 | Irvine |
| Nikken | 2Axis Tilt Rotary | 5AX-200II | 211Z | 2011 | $35,000.00 | Irvine |
| DMG Mori | Vertical Mill (4|1) | DuraVertical 5100 | DV005H61329 | 2008 | $45,000.00 | Irvine |
| DMG Mori | Vertical Mill | NVX 5080 II/40 | NV302141047 | 2014 | $80,000.00 | Irvine |
| Doosan | Vertical Mill | DNM 500HS | MV0041-000109 | 2015 | $80,000.00 | Irvine |
| Nikken | 2 Axis Tilt Rotary | Rotary Fixture | N/A | N/A | $40,000.00 | Irvine |
| Doosan | Vertical Mill (4|2) | DNM 5700 | MV0091-000352 | 2015 | $70,000.00 | Irvine |
| Fadal | Vertical Mill (4|7) | VMC 4020HT 908-15 | 120010111917 | 2005 | $15,000.00 | Irvine |
| Fadal | 4th Axis Rotary Fixture | VH-85 |  | 2000 | $2,500.00 | Irvine |
| Fadal | Vertical Mill (5) | VMC 4020 908-1 | 9801155 | 1995 | $12,000.00 | Irvine |
| Fadal | 4th Axis Rotary Fixture | VH-85 | N/A | 2000 | $2,500.00 | Irvine |
| LeBlond | Engine Lathe (manual) | N/A | 11C-827 | 1970's | $5,000.00 | Irvine |
| Hardinge | Chucker Lathe | HC-5C | HC-5808T | 1990 | $3,500.00 | Irvine |
| Bridgeport | 2 axis CNC Knee Mill | Series 1 | BR259787 | 1992 | $5,000.00 | Irvine |
| Boyar-Schultz | Surface Grinder | 612 | N/A | N/A | $5,000.00 | Irvine |
| Dake Johnson | Horizontal Bandsaw | JH-10 | N/A | N/A | $250.00 | Irvine |
| Palmgren | 17" Drill Press | 50174 | N/A | 2015 | $900.00 | Irvine |
| Burr King | Belt Sander | 482 | N/A | N/A | $400.00 | Irvine |
| Grob | Vertical Bandsaw | 4V-24 | 5175 | 1975 | $1,000.00 | Irvine |
| Brown & Sharpe | Table Top CMM | Gage 2000 | 0495-1747 | 1995 | $5,000.00 | Irvine |
| Brown & Sharpe | CMM | Global 09.15.08 | 0108-8205 | 2008 | $40,000.00 | Irvine |
| Hexagon Romer | Portable CMM Arm | RA7512-4 | 7512-5238-UC | 2014 | $17,000.00 | Irvine |
| Trimos | Digital Height Gage | V-800+ | 8588 |  | $1,200.00 | Irvine |
| QA Inspection Items | Various Tools | Various Parts | N/A | N/A | $5,000.00 | Irvine |
| Zeller | Tool Presetter | Smile 400 / Pilot | SMU44Z02-0008 | 2018 | $25,000.00 | Irvine |
| Tool Crib Inventory | Irvine - Various Tools |  | N/A | N/A | $500,000.00 | Irvine |
| Compair | Air Compressor | L11 | D138422 | 2015 | $5,000.00 | Irvine |
| Compair | Air Compressor | L11 | D138423 | 2015 | $5,000.00 | Irvine |
| Hydrovane | Air Compressor Dryer | HV04 | V04-002198-1301 | N/A | $1,500.00 | Irvine |
| Brel | Nickel Sulfamate spray | Hydroflow |  | 2014 | $3,000.00 | Tustin |
| Hyster | Propane Forklift | S50XL | C157V123815 | 2005 | $5,000.00 | Tustin |
| Mihm Vogt | Floor Scrubber |  | N/A | N/A | $4,200.00 | Tustin |
| Milltronics | Horizontal Mill | HM20 | 12007 | 2012 | $50,000.00 | Tustin |
| Fadal | Vertical Mill (#8) | VMC 8030HT 907-1 | 12000091387 | 2000 | $25,000.00 | Tustin |
| Fadal | Vertical Mill (#9) | VMC 4020HT 908-15 | 12001044588 | 2008 | $20,000.00 | Tustin |
| Fadal | Vertical Mill (#3) | VMC 4020HT 908-15 | 12001032227 | 2001 | $20,000.00 | Tustin |
| Fadal | Vertical Mill | VMC4020HT | 12003129403 | 2007 | $25,000.00 | Tustin |
| Fadal | 4th Axis Rotary Fixture | VH-65 |  | 2000 | $2,500.00 | Tustin |
| Fadal | Vertical Mill (#14) | VMC 4020 908-1 | 9001355 | 1990 | $9,000.00 | Tustin |
| Hexagon | CMM Global Perform | SF9.15.08 EAP-002 | 0315-8215 | 2015 | $50,000.00 | Tustin |
| Hexagon | "Shop Floor" | SF7.10.7 EAP-001 | 0215-8112/UA |  | $40,000.00 | Tustin |
| Hexagon Romer | Portable CMM Arm | RA7320-4 | 7320-5178-UC | 2016 | $25,000.00 | Tustin |
| Hexagon Romer | Portable CMM Arm | RA7320 SEI | 732051-5980/UC | 2016 | $30,000.00 | Tustin |
| Trimos | Digital Height Gage | V300+ | 8855 | N/A | $1,200.00 | Tustin |
| QA Inspection Items | Various Tools | Various | N/A | N/A | $5,000.00 | Tustin |
| Omega | Tool presetter | 1550 | F000451G-0415 | N/A | $20,000.00 | Tustin |
| Tool Crib Inventory | Tustin - Various Tools |  | N/A | N/A | $250,000.00 | Tustin |
| Assembly Equip. | Various Tools |  | N/A | N/A | $4,000.00 | Tustin |
| Palmgren | Benchtop Drill Press | Benchtop Drill Press | N/A | N/A | $700.00 | Tustin |
| Heratherm | Laboratory Oven | OGS10 | 42088232 | 2018 | $5,000.00 | Tustin |
| Strongway | 20 Ton Press | N/A | N/A | N/A | $250.00 | Tustin |
| Palmgren | Vertical 1 HP Bandsaw | 9580150 | 17011005 | 2018 | $300.00 | Tustin |
| Ohio Forge | Drill Press | N/A | N/A | 2018 | $150.00 | Tustin |
| Tennsmith | Foot Shear | T52IB | 15872 | N/A | $1,000.00 | Tustin |
| Grob | Vertical Bandsaw | 4V-24 | 368B | 1987 | $2,250.00 | Tustin |
| Various | Pedestal Buffer/Grinder | Various | Various |  | $500.00 | Tustin |
| Balder | Belt Grinder |  | Unknown | N/A | $150.00 | Tustin |
| Fraudliemanis | Cleaning machine |  |  | 2014 | $1,000.00 | Tustin |
| Gardner | Rotary Air Compressor | LS55510A | 5472175 | 2015 | $7,000.00 | Tustin |
| Gardner | Rotary Air Compressor | LS55510A | 5477535 | 2015 | $7,000.00 | Tustin |
| Sato | Refrig. Air Dryer | RA-DP-FAX-500-NA-R8 | 15000S475/15 | 2015 | $3,500.00 | Tustin |
| Ford | Ford Transit Van | Transit Van | NM0LS7DN48T044455 | 2015 | $10,000.00 | Tustin |
| Factory Cat | Mini Mag Floor Scrubber |  | 34657 | 2015 | $3,000.00 | Tustin |
| Tsugami | Swiss Turn Lathe | BO20B-III | 213B | 2017 | See appraisal 10.4.19 | Irvine |
| Tsugami | Swiss Turn Lathe | BO32B-II | 2512B | 2018 | See appraisal 10.4.19 | Irvine |
| DMG Mori | 5 axis Mill | DMU 50 2017 | 11415399254 | 2017 | See appraisal 10.4.19 | Tustin |
| Okuma | HMC 4 Axis Mill | MB-500H | 213844 | 2018 | $400,000.00 | Tustin |
| Okuma | HMC 4 Axis Mill | MB-500H | 213845 | 2018 | $400,000.00 | Tustin |
| Okuma | HMC 4 Axis Mill | MB-5000H | 217835 | 2018 | $400,000.00 | Tustin |
| Festem | Vertical Mill | LSC-MD | 27557 | 2015 | See appraisal 10.4.19 | Tustin |
| Festem | Pallet Container Storage System | FPC-1000 EXTENSION SYSTEM | FC101258XTII | 2015 | $350,000.00 | Tustin |
| DMG Mori | 5 axis Mill | DMU 50 2015 | 11415758774 | 2017 | See appraisal 10.4.19 | Tustin |
| DMG Mori | 5 axis Mill | DMU 50 2014 | 11415594754 | 2014 | See appraisal 10.4.19 | Tustin |
| DMG Mori | 5 axis Mill / 3rd Gen | DMU 50 2019 | 14505750754 | 2019 | See appraisal 10.4.19 | Tustin |
| DMG Mori | 5 axis Mill / 3rd Gen | DMU 50 2019 | 14505787554 | 2019 | See appraisal 10.4.19 | Tustin |
| Doosan | Vertical 3 Axis Mill | Doosan DNM5700 | MV0091-000450 | 2018 | See appraisal 10.4.19 | Tustin |
| Epilog | Laser Printer Part Mark | Fusion M2 40 14000 | 14505G-1808544025 | 2018 | See appraisal 10.4.19 | Tustin |
| Tombstone City | Sq. Col. Crs Tombstones | 10-BPXX-500500-0750 | N/A | N/A | $40,000.00 | Tustin |
| Alliance | Techholding Vises | MCU01-A4-24 | N/A | 2019 | $55,000.00 | Tustin |
| 5th Axis | Tombstone Vises | Various Parts | N/A | 2019 | $15,000.00 | Tustin |
| Giant | Vibrating Tumbler | VV-SC | 2841 |  | $5,000.00 | Irvine |
| Roster | Vibrating Tumbler | R220EC / R150 AB F-5 | B7004 / 89206 |  | $4,000.00 | Irvine |
| Green Eco | Oil Skimmer | Ultra 150 | GEP182772USA | 2017 | $300.00 | Irvine |
| Pro Ultrasonic | Parts Cleaning Tank | PRO 2015GTS | Unknown | 2017 | $15,000.00 | Irvine |

# __Promissory Note__

Borrower: Elite Aerospace Group Inc., a Delaware corporation ("Borrower") residing at 1641 Reynolds Ave., Irvine CA 92614

Lender: Stage Point Fund, LLC ("Lender"), residing at 2 Booth Ln. #4, Haverford, PA 19041.

## I.  Promise to Pay

Provided Lender delivers to Borrower $990,000 (the "Loan") less fees Lender's 5% origination fee and $7,500.00 together totaling $57,000.00 so that the net loan proceeds delivered to Borrower will be $933,000.00 using the following wire delivery instructions, then at the end of the Loan term (as defined below) Borrower agrees to pay Lender the Loan Amount (to wit: $990,000.00 unless Borrower has made principal payments), together with interest payable monthly on the unpaid principal at the rate of 13% (compounded on a monthly basis) plus any and all other fees due under this Promissory Note (the "Note").

BORROWER WIRE DELIVERY INSTRUCTIONS:

Acct. Holder: Elite Aerospace Group Inc., a Delaware corporation (address: 1641 Reynolds Ave., Irvine CA 92614)
Bank Name: City National Bank

REDACTED

## II.  Interest

Interest is due monthly, in arrears, on the first day of each month. The next monthly interest payment will be due, in arrears, on January 1, 2021, representing per diem interest accrued in December 2020. Borrower will incur a Late Fee of 5% of the amount of any outstanding interest if the interest is not paid within five days of its due date. Failure to pay the interest within ten days of its due date constitutes a material default. Unless otherwise instructed in writing by Lender, Borrower will use the following wire delivery instructions for payment of interest and any other payments required under this Promissory Note.

Borrower's Wire Delivery Instructions
Acct. Holder: Stage Point Fund, LLC (address: 2 Booth Ln. #4; Haverford, PA 19041)
Bank Name: Axos Bank (address: 4350 La Jolla Village Dr., Ste # 140; San Diego, CA 92122)

REDACTED

## III.  Repayment

Borrower will repay the Loan amount owed under this Promissory Note on or before

December 1, 2021. Pay-off proceeds will be delivered to Lender by Borrower via wire or ACH electronic transfer using instructions provided by Lender, in Para. II, above, or by other means if requested in writing by Lender.  Borrower will have the right to prepay the Principal due under the Note with no pre-payment penalty, provided, however, that prepayments are in installments equal to or greater than $50,000.00.

IV.   Borrowers Covenants. Borrower:

a.   will give Lender written notice of any material change in either the Guarantors' or its own: business operations; good standing; management; or credit worthiness;

b.   represents that the financial statements, exhibits and summaries described in and/or attached to that certain term sheet entered into by and between Lender and Borrower (the "Term Sheet") are, in all material ways, accurate representation(s) of the financial condition of the Company, the unencumbered status of its assets and its liabilities and the nature of any secured or unsecured claims to its collateral, and that such information provides a material inducement for the Lender to issue the Loan.

c.   will not declare, or cause to be declared, any bankruptcy, reorganization or liquidation proceedings;

d.   continue operations and performance under all existing, pending and future production agreements and contracts;

e.   will use the proceeds from the Loan as directed by SPF as described above under the "Use of Proceeds" heading, in the Term Sheet;

f.   in the event of liquidation of the Company or any of its assets, or any repossession or attempted repossession of any assets of the Company by SPF or any creditor or investor of the Company, immediately notify SPF of such proceeding; proactively work with SPF to ensure assets pledged to SPF are secured and not made available to any other creditor or investor.

g.   coordinate communication among the Company, other creditors or investors, as needed.

h.   acknowledges that all of Borrower's representations, obligations and covenants under the Term Sheet are deemed material obligations and incorporated into this Note.

i.   represents that there claims, disputes or litigation of any sort alleged or filed against the Company or its principals, whether by employees, vendors, governmental agencies or any other party.

IV.   Additional Costs

In case of default in the payment of any principal, other fees or interest due under this Promissory Note, Borrower will pay to Lender such further amount as will be sufficient to cover the cost and expenses of collection, including, without limitation, reasonable attorney's fees, expenses, and disbursements.  These costs will be added to the outstanding principal and will become immediately due.  In the event of material default on any of the terms of this Promissory Note, the rate of interest due on the Loan will be 17% (the "Default Interest Rate").

**V.** Transfer of the Promissory Note

Borrower hereby waives any notice of the transfer of this Note by Lender or by any subsequent holder of this Note, agrees to remain bound by the terms of this Note subsequent to any transfer, and agrees that the terms of this Note may be fully enforced by any subsequent holder of this Note.

**VI.** Amendment; Modification; Waiver

No amendment, modification or waiver of any provision of this Promissory Note or consent to departure therefrom shall be effective unless by written agreement signed by both Borrower and Lender.

**VII.** Successors

The terms and conditions of this Promissory Note shall inure to the benefit of and be binding jointly and severally upon the successors, assigns, heirs, survivors and personal representatives of Borrower and shall inure to the benefit of any holder, its legal representatives, successors and assigns.

**VIII.** Breach of Promissory Note

No breach of any provision of this Promissory Note shall be deemed waived unless it is waived in writing. No course of dealing and no delay on the part of Lender in exercising any right will operate as a waiver thereof or otherwise prejudice Lender's rights, powers, or remedies. No right, power, or remedy conferred by this Promissory Note upon Lender will be exclusive of any other rights, power, or remedy referred to in this Note, or now or hereafter available at law, in equity, by statute, or otherwise.

**IX.** Guarantors

The undersigned guarantors, individually and severally guarantee the performance by the Company of its obligations under this Note and the Term Sheet in any and all of the following instances:

(a) fraud by Borrower in connection with the Loan or disposition of the Loan proceeds;

(b)    any: i) any criminal activity affecting the Borrower or its subsidiaries, the Loan or the Company's good standing, if committed by any of the guarantors; or ii) the gross negligence or willful misconduct of the Borrower or any of the Guarantors;

(c)    the removal or disposal of any portion of the collateral after an event of default;

(d) Borrower's conversion or disbursement other than to Lender of accounts receivable or pledged assets after the occurrence and continuance of an event of default;

(e)    conversion or misapplication of insurance proceeds;

(f)    commissions paid by Borrower after the occurrence of an event of default to designated

or affiliated parties;

(g)     allowing the creation labor liens on the collateral;

(h)     allowing the creation of tax liens on the collateral;

(i)     any failure by Borrower to grant access to or inspection of the Company's offices or other property or the inspection of collateral; or

(j)     Borrower's breach of warranties and covenants contained in the Loan documents.

(k)     Borrower admits it is insolvent or is unable to pay its debts as they become due;

(l)     Substantive consolidation occurs as to Borrower;

(m)     Borrower contests or opposes any lender motion for bankruptcy stay or other relief;

(n)     Borrower initiates action to contest lender's exercise of remedies after a default;

(o) Borrower failure to provide financial information as required by the loan documents;

(p)     Borrower fails to comply with any SPE covenants in the loan documents;

(q)     Borrower makes any transfer prohibited by the loan documents;

(r)     Borrower files a voluntary petition under the U.S. Bankruptcy Code or similar state insolvency law or causes creditors to file an involuntary petition against the borrower including an assignment for the benefit of creditors;

(s)     Borrower consents to or assists in the appointment of a receiver over any portion of the Company or its collateral;

(t)     Borrower fails to repair the property,

(u)     Borrower fails to maintain insurance;

(v)     Borrower fails to pay taxes, whether employee, real estate or income;

(w)     Borrower permits additional indebtedness not authorized by the loan documents; or

(x)     Borrower fails to indemnify lender.

X.     Governing Law

The validity, construction and performance of this Promissory Note will be governed by the laws of New York, excluding that body of law pertaining to conflicts of law.  Borrower hereby waives presentment, notice of non-payment, notice of dishonor, protest, demand and diligence.

Dated: New York, NY
_____Dec. 15__, 2020

Elite Aerospace Group Inc.

*Zeeshawn Zia*

_____

by:  Zeeshawn Zia, President

Guarantors (in their individual capacities):

*Zeeshawn Zia*

_____
Zeeshawn Zia
zzia@eliteaerospacecorp.com

_____
Shane Cormier
scormier@eliteaerospacecorp.com

*Bhupinder K. Sawhney*

_____
Bhupinder K. Sawhney
bsawhney@eliteaerospacecorp.com

_____
Dustin Tillman
dtillman@eliteaerospacecorp.com

 HELLOSIGN

Audit Trail

| | |
|---|---|
| **TITLE** | Elite Aerospace Group Note & Terms Sheet (Stage Point Fund... |
| **FILE NAME** | EAG Convertible P... EAG Review) .pdf |
| **DOCUMENT ID** | db174c096291e8c3e21b8caa25fbdc942c1967c4 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

| | | |
|---|---|---|
| **SENT** | **12 / 15 / 2020**<br>18:04:58 UTC-5 | Sent for signature to Zeeshawn Zia (zzia@eliteaerospacecorp.com), Shane Cormier (scormier@eliteaerospacecorp.com), Bhupinder K. Sawhney (bsawhney@eliteaerospacecorp.com) and Dustin Tillman (dtillman@eliteaerospacecorp.com) from wquillen@gmail.com<br>IP: 71.190.236.228 |
| **VIEWED** | **12 / 15 / 2020**<br>18:05:18 UTC-5 | Viewed by Zeeshawn Zia (zzia@eliteaerospacecorp.com)<br>IP: 12.231.15.58 |
| **VIEWED** | **12 / 15 / 2020**<br>18:05:26 UTC-5 | Viewed by Shane Cormier (scormier@eliteaerospacecorp.com)<br>IP: 24.129.3.244 |
| **SIGNED** | **12 / 15 / 2020**<br>18:05:53 UTC-5 | Signed by Zeeshawn Zia (zzia@eliteaerospacecorp.com)<br>IP: 12.231.15.58 |
| **VIEWED** | **12 / 15 / 2020**<br>18:07:14 UTC-5 | Viewed by Dustin Tillman (dtillman@eliteaerospacecorp.com)<br>IP: 208.184.162.138 |

 HELLOSIGN                                              Audit Trail

| | |
|---|---|
| **TITLE** | Elite Aerospace Group Note & Terms Sheet (Stage Point Fund... |
| **FILE NAME** | EAG Convertible P... EAG Review) .pdf |
| **DOCUMENT ID** | db174c096291e8c3e21b8caa25fbdc942c1967c4 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

|   |   |   |
|---|---|---|
| SIGNED | **12 / 15 / 2020**<br>18:08:08 UTC-5 | Signed by Dustin Tillman (dtillman@eliteaerospacecorp.com)<br>IP: 208.184.162.138 |
| SIGNED | **12 / 15 / 2020**<br>18:14:19 UTC-5 | Signed by Shane Cormier (scormier@eliteaerospacecorp.com)<br>IP: 24.129.3.244 |
| VIEWED | **12 / 15 / 2020**<br>18:23:19 UTC-5 | Viewed by Bhupinder K. Sawhney<br>(bsawhney@eliteaerospacecorp.com)<br>IP: 12.231.15.58 |
| SIGNED | **12 / 15 / 2020**<br>18:24:08 UTC-5 | Signed by Bhupinder K. Sawhney<br>(bsawhney@eliteaerospacecorp.com)<br>IP: 12.231.15.58 |
| COMPLETED | **12 / 15 / 2020**<br>18:24:08 UTC-5 | The document has been completed. |

# EXHIBIT "B"

| Item | Amount Due |
|---|---:|
| Loan Principal | $990,000.00 |
| Interest through September 3, 2021 | $76,202.50 |
| 5% Late fee on four (4) payments | $2,805.00 |
| Costs of Enforcement | $7,000.00 |
| **Total Claim** | **$1,076,007.50** |

# EXHIBIT "C"



U210071045213

B0417-0176 07/30/2021 2:10 PM Received by California Secretary of State

## STATE OF CALIFORNIA
*Office of the Secretary of State*
## UCC FINANCING STATEMENT (UCC 1)
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210071045213

Date Filed: 7/30/2021

Submitter Information:

| | |
|---|---|
| Contact Name | Corey E Taylor |
| Organization Name | Law Office of Corey E Taylor |
| Phone Number | (949) 429-2949 |
| Email Address | corey@taylorlawoc.com |
| Address | COREY E TAYLOR |
| | 629 CAMINO DE LOS MARES |
| | STE 305 |
| | SAN CLEMENTE, CA 92673 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| Elite Aerospace Group Inc. | Zeeshawn Zia |
| | 15773 Gateway Circle |
| | Tustin, CA 92780 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Stage Point Fund, LLC | Whitney Quillen |
| | 2 Booth Lane |
| | #4 |
| | Haverford, PA 19041 |

Indicate how documentation of Collateral is provided:
Attached in a File

Upload PDF as Collateral:
Pledged Assets.pdf

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:
SECURITY IS IN THE ATTACHED ASSETS WHEREVER LOCATED, TOGETHER WITH THE PROCEEDS THEREOF. EXCEPT AS SET FORTH IN AN AGREEMENT WITH SECURED PARTY, DEBTOR IS PROHIBITED FROM (AMONG OTHER THINGS) SELLING, DISPOSING OF, OR GRANTING LIENS ON, ANY COLLATERAL WITHOUT SECURED PARTY'S CONSENT.

Search to Reflect:

☒ Order a Search to Reflect

| Debtor Name | Elite Aerospace Group Inc. |
|---|---|

B0417-0177  07/30/2021  2:10 PM  Received by California Secretary of State

## Appendix B: List of Pledged First Lien Assets and Second Lien Assets

### Pledged First Lien Assets

| Updated Unencumbered Equipment List | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | Tool Crib Inventory | Irvine - Various Tools | N/A | N/A | N/A | $ 500,000.00 | Irvine |
| 70 | Tool Crib Inventory | Tustin - Various Tools | Various | N/A | N/A | $ 250,000.00 | Tustin |
| 100 | Alliance | Technigrip Vises | MCU01-A424 | N/A | 2019 | $ 55,000.00 | Tustin |
| 63 | Hexagon | CMM Global Perform | $F9.15.08 EAP-002 | 0315-6213 | 2015 | $ 50,000.00 | Irvine |
| 28 | Nikken | 2 Axis Tilt Rotary | Rotary Fixture | 2283 | 2019 | $ 40,000.00 | Irvine |
| 43 | Brown & Sharpe | CMM | Global 09.15.08 | 0106-6203 | 2006 | $ 40,000.00 | Irvine |
| 64 | Hexagon | "Shop Floor" | $F7.10.7 EAP-001 | 0215-8112UA | | $ 40,000.00 | Tustin |
| 99 | Tombstone City | Sq, Oct, Crs Tombstones | 10-8PXX-S00500-0750 | N/A | N/A | $ 40,000.00 | Tustin |
| 24 | Nikken | 2Axis Tilt Rotary | SAX-200II | 2112 | 2011 | $ 35,000.00 | Irvine |
| 66 | Hexagon Romer | Portable CMM Arm | RA7520 SE1 | 7520SE1-5960-UC | 2016 | $ 30,000.00 | Tustin |
| 47 | Zoller | Tool Presetter | Smile 400 / Pilot | SMU442C2-0006 | 2016 | $ 25,000.00 | Irvine |
| 65 | Hexagon Romer | Portable CMM Arm | RA7320-4 | 7320-5176-UC | 2016 | $ 25,000.00 | Tustin |
| 69 | Omega | Tool presetter | 1550 | P0004610-0418 | | $ 20,000.00 | Tustin |
| 44 | Hexagon Romer | Portable CMM Arm | RA7512-4 | 7512-3236-UC | 2014 | $ 17,000.00 | Tustin |
| 101 | 5th Axis | Tombstone Vises | Various Parts | N/A | 2019 | $ 15,000.00 | Tustin |
| 105 | Pro Ultrasonics | Parts Cleaning Tank | PRO 2013DT3 | Unknown | 2017 | $ 15,000.00 | Tustin |
| 84 | Ford | Ford Transit Van | Transit Van | NM0LS7DN4BT044488 | 2015 | $ 10,000.00 | Tustin |
| 42 | Brown & Sharpe | Table Top CMM | Gage 2000 | 0498-1747 | 1998 | $ 8,000.00 | Irvine |
| 82 | Gardner | Rotary Air Compressor | L55RS10A | $472178 | 2015 | $ 7,000.00 | Tustin |
| 82B | Gardner | Rotary Air Compressor | L55RS10A | $477536 | 2015 | $ 7,000.00 | Tustin |
| 15 | ATS | Bar Feeder | ML-580 | 20150302 | 2015 | $ 6,000.00 | Irvine |
| 20 | Mori Seiki | Rotary Indexer | DDRT-200 | RT2001G1157F | 2014 | $ 6,000.00 | Irvine |
| 11 | Mitutoyo | Optical Comparator | PHA14 | 116411504 | 2016 | $ 5,000.00 | Tustin |
| 22 | Nikken | Rotary | | | 2013 | $ 5,000.00 | Tustin |
| 34 | LeBlond | Engine Lathe (manual) | N/A | 11C-827 | 1970's | $ 5,000.00 | Tustin |
| 36 | Bridgeport | 2 axis CNC Knee Mill | Series 1 | BR259767 | 1992 | $ 5,000.00 | Tustin |
| 46 | QA Inspection Items | Various Tools | Various Parts | Various Parts | N/A | $ 5,000.00 | Tustin |
| 49 | Compair | Air Compressor | L11 | D136422 | 2015 | $ 5,000.00 | Tustin |
| 50 | Compair | Air Compressor | L11 | D136423 | 2015 | $ 5,000.00 | Tustin |
| 53 | Hyster | Propane Forklift | S50XL | C187V123615 | 2005 | $ 5,000.00 | Tustin |
| 54 | Minimag | Floor Scrubber | 26D | 84674 | 2015 | $ 4,900.00 | Tustin |
| 71 | Assembly Equip. | Various Tools | Various | N/A | | $ 4,000.00 | Tustin |
| 103 | Rosler | Vibrating Tumbler | R220EC / R150 AB P-3 | 67004 / 69266 | | $ 4,000.00 | Tustin |
| 35 | Hardinge | Chucker Lathe | HC-5C | HC-8606T | 1990 | $ 3,500.00 | Irvine |
| 52 | Eriez | 50 Gal Sump Cleaner | Hydroflow | | 2014 | $ 3,000.00 | Tustin |
| 68 | QA Inspection Items | Various Tools | Various | Various | | $ 3,000.00 | Tustin |
| 102 | Giant | Vibrating Tumbler | W-5C | 2841 | | $ 3,000.00 | Tustin |
| 78 | Grob | Vertical Band saw | 4V-24 | 2666 | 1987 | $ 2,950.00 | Tustin |
| 31 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Tustin |
| 33 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Tustin |
| 60 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Irvine |
| 83 | Beko | Refrig. Air Dryer | RA-DP-RAX-800-NA-RB | 150008475/15 | 2015 | $ 2,500.00 | Tustin |
| 85 | Factory Cat | Mini Mag Floor Scrubber | 2023 | 44657 | 2006 | $ 2,500.00 | Tustin |
| 41 | Grob | Vertical Bandsaw | 4V-24 | 1173 | 1976 | $ 2,100.00 | Irvine |
| 37 | Boyar - Schultz | Surface Grinder | 612 | N/A | N/A | $ 2,000.00 | Irvine |
| 64 | Hydrovane | Air Compressor Dryer | HV04 | V04-00196-1301 | N/A | $ 1,500.00 | Irvine |
| 45 | Trimos | Digital Height Gauge | V-600+ | 6588 | | $ 1,200.00 | Irvine |
| 67 | Trimos | Digital Height Gauge | V300+ | 3885 | N/A | $ 1,000.00 | Tustin |
| 77 | Tennsmith | Foot Shear | T5216 | 18672 | N/A | $ 1,000.00 | Tustin |
| 81 | Pro-Ultrasonic | Cleaning machine | | | 2014 | $ 1,000.00 | Tustin |
| 72 | Palmgren | Benchtop Drill Press | Benchtop Drill Press | N/A | 2015 | $ 700.00 | Irvine |
| 39 | Palmgren | 17" Drill Press | 80174 | N/A | 2015 | $ 600.00 | Irvine |
| 79 | Various | Pedastal Buffer/Grinder | Various | Various | N/A | $ 500.00 | Tustin |
| 40 | Burr King | Belt Sander | 482 | N/A | N/A | $ 400.00 | Irvine |
| 73 | Heatherm | Laboratory Oven | OGS810 | 42068232 | 2016 | $ 400.00 | Irvine |
| 75 | Palmgren | Vertical 1 HP Bandsaw | 9680150 | 17011003 | 2016 | $ 300.00 | Tustin |
| 104 | Green Eco | Oil Skimmer | Ultra 360 | GEP162772USA | | $ 300.00 | Irvine |
| 38 | Dake Johnson | Horizontal Bandsaw | JH-10 | N/A | N/A | $ 250.00 | Irvine |
| 74 | Strongway | 20 Ton Press | N/A | | | $ 250.00 | Tustin |
| 76 | Ohio Forge | Drill Press | N/A | N/A | 2016 | $ 150.00 | Tustin |
| 80 | Baldor | Belt Grinder | | Unknown | | $ 150.00 | Tustin |
| DMG | DMU 50 2017 | 11415599934 | Irvine | Manufacturers Financing | 2.01E+09 | $220,000 | Tustin |
| DMG | Doosan DNM5700 | MV0091-000430 | Tustin | XMI Financial | EAP027 | $80,000 | Tustin |





## STATE OF CALIFORNIA
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

<table>
<tr><td colspan="2">For Office Use Only<br><br>**-FILED-**<br><br>File #: U210073322222<br><br>Date Filed: 8/8/2021</td></tr>
</table>

**Submitter Information:**

| | |
|---|---|
| Contact Name | Corey E Taylor |
| Organization Name | Law Office of Corey E Taylor |
| Phone Number | (949) 429-3481 |
| Email Address | corey@taylorlawoc.com |
| Address | COREY E TAYLOR<br>629 CAMINO DE LOS MARES<br>STE 305<br>SAN CLEMENTE, CA 92673 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| Elite Aerospace Group Inc. | Zeeshawn Zia<br>15773 Gateway Circle<br>Tustin, CA 92780 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| Stage Point Fund, LLC | Whitney QUillen<br>2 Booth Lane<br>#4<br>Haverford, PA 19041 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREINAFTER ACQUIRED, AND THE PROCEEDS THEREOF, EXCEPT AS SET FORTH IN THAT CERTAIN UCC FINANCING STATEMENT FILE # U210071045213 IN FAVOR OF SECURED PARTY, AS WELL AS ON ALL CASH AND RECEIVABLES NOT PLEDGED UNDER EXISTING FACTORING OR ACCOUNTS RECEIVABLE LENDING AGREEMENTS.  EXCEPT AS SET FORTH IN AN AGREEMENT WITH SECURED PARTY, DEBTOR IS PROHIBITED FROM (AMONG OTHER THINGS)  SELLING, DISPOSING OF, OR GRANTING LIENS ON, ANY COLLATERAL WITHOUT SECURED PARTY'S CONSENT.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

**Optional Filer Reference Information:**

**Miscellaneous Information:**

**Search to Reflect:**

☒ Order a Search to Reflect

*(right margin, vertical text)* B0418-7104 08/08/2021 11:45 AM Received by California Secretary of State

| Debtor Name | Elite Aerospace Group Inc. |
|---|---|

B0418-7105 08/08/2021 11:45 AM Received by California Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
COREY E TAYLOR (949) 429-3481

**B. E-MAIL CONTACT AT FILER** (optional)
COREY@TAYLORLAWOC.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

COREY E TAYLOR APC
629 CAMINO DE LOS MARES
SUITE 305
SAN CLEMENTE, CA 92673

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 07:25 PM 09/16/2021**
**U.C.C. Initial Filing No: 2021 7388763**

**Service Request No:  20213269664**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ELITE AEROSPACE GROUP INC. | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 360 WEST BUTTERFIELD ROAD, SUITE 325 | ELMHURST | IL | 60126 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STAGE POINT FUND, LLC | | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2 BOOTH LANE #4 | HAVERFORD | PA | 19041 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
SECURITY IS IN THE ATTACHED ASSETS WHEREVER LOCATED, TOGETHER WITH THE PROCEEDS THEREOF. EXCEPT AS SET FORTH IN AN AGREEMENT WITH SECURED PARTY, DEBTOR IS PROHIBITED FROM (AMONG OTHER THINGS) SELLING, DISPOSING OF, OR GRANTING LIENS ON, ANY COLLATERAL WITHOUT SECURED PARTY'S CONSENT.
Collateral Description - please see attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
SPF - ELITE

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## Appendix B: List of Pledged First Lien Assets and Second Lien Assets

### Pledged First Lien Assets

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | Tool Crib Inventory | Irvine - Various Tools | N/A | N/A | N/A | $ 500,000.00 | Irvine |
| 70 | Tool Crib Inventory | Tustin - Various Tools | Various | N/A | N/A | $ 250,000.00 | Tustin |
| 100 | Alliance | Technigrip Vises | MCU01-A424 | N/A | 2019 | $ 55,000.00 | Tustin |
| 63 | Hexagon | CMM Global Perform | SF9.15.08 EAP-002 | 0315-6213 | 2015 | $ 50,000.00 | Irvine |
| 28 | Nikken | 2 Axis Tilt Rotary | Rotary Fixture | 2283 | 2019 | $ 40,000.00 | Irvine |
| 43 | Brown & Sharpe | CMM | Global 09.15.08 | 0106-6203 | 2006 | $ 40,000.00 | Irvine |
| 64 | Hexagon | "Shop Floor" | SF7.10.7 EAP-001 | 0215-8112UA | | $ 40,000.00 | Tustin |
| 99 | Tombstone City | Sq, Oct, CrsTombstones | 10-BPXX-S00500-0750 | N/A | N/A | $ 40,000.00 | Tustin |
| 24 | Nikken | 2Axis Tilt Rotary | SAX-200II | 2112 | 2011 | $ 35,000.00 | Irvine |
| 66 | Hexagon Romer | Portable CMM Arm | RA7520 SE1 | 7520SE1-5960-UC | 2016 | $ 30,000.00 | Tustin |
| 47 | Zoller | Tool Presetter | Smile 400 / Pilot | SMU442C2-0006 | 2016 | $ 25,000.00 | Irvine |
| 65 | Hexagon Romer | Portable CMM Arm | RA7320-4 | 7320-5176-UC | 2016 | $ 25,000.00 | Irvine |
| 69 | Omega | Tool presetter | 1550 | P0004610-0418 | | $ 20,000.00 | Tustin |
| 44 | Hexagon Romer | Portable CMM Arm | RA7512-4 | 7512-3236-UC | 2014 | $ 17,000.00 | Irvine |
| 101 | 5th Axis | Tombstone Vises | Various Parts | N/A | 2019 | $ 15,000.00 | Tustin |
| 105 | Pro Ultrasonics | Parts Cleaning Tank | PRO 2013DT3 | Unknown | 2017 | $ 15,000.00 | Irvine |
| 84 | Ford | Ford Transit Van | Transit Van | NM0LS7DN4BT044488 | 2015 | $ 10,000.00 | Tustin |
| 42 | Brown & Sharpe | Table Top CMM | Gage 2000 | 0498-1747 | 1998 | $ 8,000.00 | Irvine |
| 82 | Gardner | Rotary Air Compressor | LS5RS10A | S472178 | 2015 | $ 7,000.00 | Tustin |
| 82B | Gardner | Rotary Air Compressor | LS5RS10A | S477536 | 2015 | $ 7,000.00 | Tustin |
| 15 | ATS | Bar Feeder | ML-580 | 20150302 | | $ 6,000.00 | Irvine |
| 20 | Mori Seiki | Rotary Indexer | DDRT-200 | RT2001G1157F | 2014 | $ 6,000.00 | Irvine |
| 11 | Mitutoyo | Optical Comparator | PHA14 | 116411504 | 2015 | $ 6,000.00 | Irvine |
| 22 | Nikken | Rotary | | | 2013 | $ 5,000.00 | Irvine |
| 34 | LeBlond | Engine Lathe (manual) | N/A | 11C-827 | 1970's | $ 5,000.00 | Tustin |
| 36 | Bridgeport | 2 axis CNC Knee Mill | Series1 | BR259767 | 1992 | $ 5,000.00 | Irvine |
| 46 | QA Inspection Items | Various Tools | Various Parts | Various Parts | N/A | $ 5,000.00 | Tustin |
| 49 | Compair | Air Compressor | L11 | D136422 | 2015 | $ 5,000.00 | Tustin |
| 50 | Compair | Air Compressor | L11 | D136423 | 2015 | $ 5,000.00 | Tustin |
| 53 | Hyster | Propane Forklift | S50XL | C187V123615 | 2005 | $ 5,000.00 | Irvine |
| 54 | Minimag | Floor Scrubber | 26D | 84674 | 2015 | $ 4,900.00 | Tustin |
| 71 | Assembly Equip. | Various Tools | Various | N/A | N/A | $ 4,000.00 | Tustin |
| 103 | Rosler | Vibrating Tumbler | R220EC / R150 AB P-3 | 67004 / 69266 | | $ 4,000.00 | Tustin |
| 35 | Hardinge | Chucker Lathe | HC-5C | HC-8606T | 1990 | $ 3,500.00 | Irvine |
| 52 | Eriez | 50 Gal Sump Cleaner | Hydroflow | | 2014 | $ 3,000.00 | Tustin |
| 68 | QA Inspection Items | Various Tools | Various | Various | | $ 3,000.00 | Irvine |
| 102 | Giant | Vibrating Tumbler | W-5C | 2841 | | $ 3,000.00 | Tustin |
| 78 | Grob | Vertical Band saw | 4V-24 | 2666 | 1987 | $ 2,950.00 | Tustin |
| 31 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Irvine |
| 33 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Tustin |
| 60 | Fadal | 4th Axis Rotary Fixture | VH-65 | N/A | 2000 | $ 2,500.00 | Tustin |
| 83 | Beko | Refrig. Air Dryer | RA-DP-RAX-800-NA-RB | 15000847S/15 | 2015 | $ 2,500.00 | Tustin |
| 85 | Factory Cat | Mini Mag Floor Scrubber | 2023 | 44657 | 2006 | $ 2,500.00 | Tustin |
| 41 | Grob | Vertical Bandsaw | 4V-24 | 1173 | 1976 | $ 2,100.00 | Tustin |
| 37 | Boyar - Schultz | Surface Grinder | 612 | N/A | N/A | $ 2,000.00 | Irvine |
| 51 | Hydrovane | Air Compressor Dryer | HV04 | V04-002196-1301 | N/A | $ 1,500.00 | Irvine |
| 45 | Trimos | Digital Height Gauge | V-600+ | 6588 | | $ 1,200.00 | Irvine |
| 67 | Trimos | Digital Height Gauge | V300+ | 3885 | N/A | $ 1,000.00 | Tustin |
| 77 | Tennsmith | Foot Shear | TS216 | 18672 | N/A | $ 1,000.00 | Tustin |
| 81 | Pro-Ultrasonic | Cleaning machine | | | 2014 | $ 1,000.00 | Tustin |
| 72 | Palmgren | Benchtop Drill Press | Benchtop Drill Press | N/A | N/A | $ 700.00 | Tustin |
| 39 | Palmgren | 17" Drill Press | 80174 | N/A | 2015 | $ 600.00 | Irvine |
| 79 | Various | Pedastal Buffer/Grinder | Various | Various | N/A | $ 500.00 | Tustin |
| 40 | Burr King | Belt Sander | 482 | N/A | N/A | $ 400.00 | Irvine |
| 73 | Heatherm | Laboratory Oven | OGS810 | 42068232 | 2016 | $ 400.00 | Tustin |
| 75 | Palmgren | Vertical 1 HP Bandsaw | 9680150 | 17011003 | 2016 | $ 300.00 | Tustin |
| 104 | Green Eco | Oil Skimmer | Ultra 360 | GEP162772USA | | $ 300.00 | Irvine |
| 38 | Dake Johnson | Horizontal Bandsaw | JH-10 | N/A | N/A | $ 250.00 | Irvine |
| 74 | Strongway | 20 Ton Press | N/A | N/A | | $ 250.00 | Tustin |
| 76 | Ohio Forge | Drill Press | N/A | N/A | 2016 | $ 150.00 | Tustin |
| 80 | Baldor | Belt Grinder | | Unknown | N/A | $ 150.00 | Tustin |
| DMG | DMU 50 2017 | 11415599334 | Irvine | Manufacturers Financing | 2.01E+09 | $220,000 | Tustin |
| DMG | Doosan DNMS700 | MV0091-000430 | Tustin | XMI Financial | EAP027 | $80,000 | Tustin |

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
COREY E TAYLOR (949)429-3481

**B. E-MAIL CONTACT AT FILER (optional)**
COREY@TAYLORLAWOC.COM

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

COREY E TAYLOR APC

629 CAMINO DE LOS MARES

SUITE 305

SAN CLEMENTE, CA 92673

Delaware Department of State
U.C.C. Filing Section
Filed: 07:30 PM 09/16/2021
U.C.C. Initial Filing No: 2021 7388797

Service Request No:   20213269694

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ELITE AEROSPACE GROUP INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 360 WEST BUTTERFIELD ROAD, SUITE 325 | ELMHURST | IL | 60126 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STAGE POINT FUND, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2 BOOTH LANE #4 | HAVERFORD | PA | 19041 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREINAFTER ACQUIRED, AND THE PROCEEDS THEREOF, EXCEPT
AS SET FORTH IN THAT CERTAIN UCC FINANCING STATEMENT FILE # 20217388763 IN FAVOR OF SECURED PARTY,
AS WELL AS ON ALL CASH AND RECEIVABLES NOT PLEDGED UNDER EXISTING FACTORING OR ACCOUNTS RECEIVABLE
LENDING AGREEMENTS.  EXCEPT AS SET FORTH IN AN AGREEMENT WITH SECURED PARTY, DEBTOR IS PROHIBITED
FROM (AMONG OTHER THINGS) SELLING, DISPOSING OF, OR GRANTING LIENS  ON, ANY COLLATERAL WITHOUT
SECURED PARTY'S CONSENT.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
SPF - ELITE

International Association of Commercial Administrators

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

1

### PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this proceeding.  My business address is: **629 Camino de los Mares, Suite 305, San Clemente, CA 92673**

3

4

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Secured Interest** will be served in the manner stated below:

5

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/28/22, I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

6

7

8

• Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

9

• Kathryn M.S. Catherwood    kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com

10

11

• Heli Chen helichen@yahoo.com

12

• Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

13

•Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com

14

15

•Constance Coughlin cconster@gmail.com

16

•Shirley B. Davison shirleydavison34@gmail.com

17

•Nathan E Delman    ndelman@hmblaw.com

18

•Joseph A. Duran Trust joaduran@hotmail.com

19

•Leon Friedberg    lfriedberg@cpmlaw.com

20

•Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

21

•Karen L Grant    kgrant@silcom.com

22

•Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com

23

•S.H. Griest SHGreist@msn.com

24

•Julian I Gurule    jgurule@buchalter.com, smartin@buchalter.com;docket@buchalter.com

25

•Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

26

• Kenneth M and Janet J, Hunstad Living Trust KJHunstad@cox.net

27

• Nicolino Iezza    niezza@spiwakandiezza.com

28

Law Office of Corey E. Taylor, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673

1  •Michael Jones      mike@mjonesoc.com, 2651971420@filings.docketbird.com

2  •Darren Krattli      dkrattli@eisenhowerlaw.com

3  •Matthew F Kye      mkye@kyelaw.com

4  •Vasilios Lazarides rocketmanxyz@gmail.com

5  •Gary Li togarili@hotmail.com

6  •Michael B Lubic      michael.lubic@klgates.com, jonathan.randolph@klgates.com

7  •Jeffrey and Amy Mader amader0801@gmail.com

8  •Midland Trust Company      dramundt@thedanaco.com

9  •Krikor J Meshefejian      kjm@lnbyg.com

10 •Karen S Naylor (TR)      alane@ringstadlaw.com,
   knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com

11 •David L. Neale      dln@lnbyg.com

12 •Queenie K Ng      queenie.k.ng@usdoj.gov

13 •Holly J Nolan      holly@sglwlaw.com, missy@sglwlaw.com

14 •Lorenzo Nunez      CSBK@GMFINANCIAL.COM

15 •Ryan D O'Dea      rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

16 •Juliet Y. Oh      jyo@lnbyg.com, jyo@lnbyb.com

17 •Raymond A Policar      policarlaw@att.net

18 •Eugene R. Rankey eugenerankey@hotmail.com

19 •Dana C. Raumundt      dramundt@thedanaco.com

20 •Eric S Rein      rrein@hmblaw.com

21 •Todd C. Ringstad      becky@ringstadlaw.com, arlene@ringstadlaw.com

22 •Michael Roubicek wardclerkmiker@gmail.com

23 •Mark Rousseau hbthumper@msn.com

24 •Lindsey L Smith      lls@lnbyg.com, lls@ecf.inforuptcy.com

25 •Richard A Solomon      richard@sgswlaw.com

26 •Richard P Steelman      rps@lnbyg.com, john@lnbyb.com

27 •Josh B Tran      jtran@justicelawcorp.com

28

Law Office of Corey E. Taylor, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673

1

• United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2

• Joseph E. Welch, Roth IRA wrangler49@gmail.com

3

☐ Service information continued on attached page

4

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this

5

proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here

6

constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

7

☐ Service information continued on attached page

8

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant

9

to F.R.Civ.P. 5 and/or controlling LR, on June 28, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in

10

writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail

11

to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

12

SUSPENDED AT THIS TIME

13

14

☐ Service information continued on attached page

15

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

16

| 06/28/22 | Corey E. Taylor | /s/ Corey E. Taylor |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Corey E. Taylor, APC
629 Camino de los Mares, Suite 305
San Clemente, CA 92673