| | FOR COURT USE ONLY |
|---|---|
| | **FILED**<br>MAR 01 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| Name of Debtor(s) listed on the bankruptcy case:<br>Elite Aerospace Group, Inc.<br>9 Studebaker<br>Irvine, CA 92618 | CASE NO.: 8:21-bk-12231-TA<br>CHAPTER: 7<br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): William Blaine Ford
   Mailing Address: 2527 Woodgate Way
   City, State, Zip Code: Roseville CA 95747-8849

3. **New Address:**
   Mailing Address: 4830 Nigella Circle
   City, State, Zip Code: Roseville CA 95747-5971

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   
   Joint Debtor's DeBN account number _____

Date: 2-23-2024

Requestor's printed name(s): William Blaine Ford
Requestor's signature(s): William Blaine Ford

Title (if applicable, of corporate officer, partner, or agent): _____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                    F 1002-1.3.CHANGE.ADDRESS