1 | Todd C. Ringstad (State Bar No. 97345)
2 | todd@ringstadlaw.com
  | RINGSTAD & SANDERS LLP
3 | 4910 Birch Street, Suite 120
  | Newport Beach, CA  92660
4 | Telephone: (949) 851-7450
  | Facsimile: (949)851-6926

5 | Counsel for Chapter 7 Trustee,
  | Karen Sue Naylor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | Case Nos. 8:21-BK-12231-TA |
|---|---|
| ☐ ELITE AEROSPACE GROUP, INC., a Delaware corporation | Jointly administered with Case Nos. 8:21-BK-12417-TA |
| ☐ ELITE AVIATION PRODUCTS INC., a Delaware corporation | 8:21-BK-12418-TA |
| | 8:21-BK-12419-TA |
| ☐ ELITE ENGINEERING SERVICES INC., a Delaware corporation | 8:21-BK-12420-TA |
| ☐ ELITE METAL MANUFACTURING INC., a Delaware corporation | Chapter 7 Proceeding |
| ☐ ZACH HALOPOFF INC., a California corporation | **SUBSTITUTION OF ATTORNEY AND DISASSOCIATION OF COUNSEL** |
| ☒ All Debtors | (No Hearing Required) |
| Debtors and Debtors-in-Possession | |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

////

**PLEASE TAKE NOTICE** that Ashley M. Teesdale is no longer an attorney at Ringstad & Sanders LLP and is no longer an attorney of record in this case. Ms. Teesdale should be removed from or listed as terminated on (1) the docket; (2) the list of ECF Filers; and (3) from all proofs of service filed by parties. Ringstad & Sanders LLP remains counsel of record.

Dated: August 26, 2024

Respectfully Submitted,

RINGSTAD & SANDERS, LLP

By: */s/ Todd C. Ringstad*
    Todd C. Ringstad
Counsel for Chapter 7 Trustee,
Karen Sue Naylor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4910 Birch Street, Suite 120, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY AND DISASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bernard D Bollinger**     bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- **Kathryn M.S. Catherwood**     kcatherwood@grsm.com, mbrookman@grsm.com;asoto@grsm.com;jswanson@grams.com
- **Carol Chow**     Carol.Chow@saul.com, easter.santamaria@saul.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Nathan E Delman**     ndelman@ktslaw.com
- **Leon Friedberg**     lfriedberg@cpmlaw.com
- **Amir Gamliel**     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Karen L Grant**     kgrant@silcom.com
- **Michael S Greger**     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Julian I Gurule**     jgurule@omm.com, julian-gurule-5732@ecf.pacerpro.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **Garrick A Hollander**     ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Nicolino Iezza**     niezza@spiwakandiezza.com
- **Michael Jones**     mike@mjonesoc.com, 2651971420@filings.docketbird.com
- **Darren Krattli**     dkrattli@eisenhowerlaw.com
- **Matthew F Kye**     mkye@kyelaw.com
- **Michael B Lubic**     michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **Krikor J Meshefejian**     kjm@lnbyg.com
- **Christopher A, Minier**     cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- **Karen S Naylor (TR)**     alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **David L. Neale**     dln@lnbyg.com
- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Holly J Nolan**     holly@sglwlaw.com, missy@sglwlaw.com
- **Lorenzo Nunez**     CSBK@GMFINANCIAL.COM
- **Ryan D O'Dea**     rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Juliet Y. Oh**     jyo@lnbyg.com, jyo@lnbyb.com
- **Raymond A Policar**     policarlaw@att.net
- **Eric S Rein**     rrein@ktslaw.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Lindsey L Smith**     , lls@ecf.inforuptcy.com
- **Richard A Solomon**     richard@sgswlaw.com
- **Richard P Steelman**     rps@lnbyg.com, john@lnbyb.com
- **Corey E Taylor**     corey@taylorlawoc.com
- **Ashley M Teesdale**     ashley@ringstadlaw.com, becky@ringstadlaw.com;arlene@ringstadlaw.com
- **Josh B Tran**     jtran@justicelawcorp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 27, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2024 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**